FILED
08 JUL 23 PM 3:44
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: KNH  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

08 CR 2427 BTM

| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
|---|---|
| Plaintiff, | ) |
| | ) **I N D I C T M E N T** |
| v. | ) |
| | ) Title 8, U.S.C., |
| | ) Sec. 1324(a)(2)(B)(ii) - |
| CHRISTIAN PEREZ-GARCIA (1), | ) Bringing in Illegal Aliens for |
| MIGUEL ANGEL FLORES-LEY (2), | ) Financial Gain; Title 18, U.S.C., |
| | ) Sec. 2 - Aiding and Abetting; |
| Defendants. | ) Title 8, U.S.C., |
| | ) Secs. 1324(a)(1)(A)(ii) and |
| | ) (v)(II) - Transportation of |
| | ) Illegal Aliens and Aiding and |
| | ) Abetting |

The grand jury charges:

Count 1

On or about June 25, 2008, within the Southern District of California, defendants CHRISTIAN PEREZ-GARCIA and MIGUEL ANGEL FLORES-LEY, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Francisco Javier Uribe-Pelayo, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

CJB:em:San Diego
7/21/08



<u>Count 2</u>

On or about June 25, 2008, within the Southern District of California, defendants CHRISTIAN PEREZ-GARCIA and MIGUEL ANGEL FLORES-LEY, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Francisco Javier Uribe-Pelayo, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

<u>Count 3</u>

On or about June 25, 2008, within the Southern District of California, defendants CHRISTIAN PEREZ-GARCIA and MIGUEL ANGEL FLORES-LEY, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Ernestina Patricia Serrano, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//
//

<u>Count 4</u>

On or about June 25, 2008, within the Southern District of California, defendants CHRISTIAN PEREZ-GARCIA and MIGUEL ANGEL FLORES-LEY, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Ernestina Patricia Serrano, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

<u>Count 5</u>

On or about June 25, 2008, within the Southern District of California, defendants CHRISTIAN PEREZ-GARCIA and MIGUEL ANGEL FLORES-LEY, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Victor Manuel Morales-Izarraraz, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//
//

#### Count 6

On or about June 25, 2008, within the Southern District of California, defendants CHRISTIAN PEREZ-GARCIA and MIGUEL ANGEL FLORES-LEY, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Victor Manuel Morales-Izarraraz, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: July 23, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney