1  KAREN P. HEWITT
   United States Attorney
2  REBECCA S. KANTER
   Assistant United States Attorney
3  California State Bar No. 230257
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-6747
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA



FILED
AUG 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR2427 - BTM |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION OF FACT AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESS(ES) AND ORDER THEREON |
| MIGUEL ANGEL FLORES-LEY (2), | ) |
| Defendant. | ) |

   **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Carla J. Bressler, Assistant United States Attorney, and defendant MIGUEL ANGEL FLORES-LEY, by and through and with the advice and consent of Victor Torres, counsel for defendant, that:

   1.  Defendant agrees to execute this stipulation at the next court date and to participate in a full and complete inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into it. Defendant agrees further to plead guilty to count two of the Indictment charging defendant with Transportation of Aliens and Aiding and Abetting, in violation of 8 U.S.C. §1324(a)(1)(A)(ii) and (v)(II).

   2.  Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or before **August 29, 2008**.

   //

3. The material witnesses, Francisco Javier Uribe-Pelayo, Ernestina Patricia Serrano, and Victor Manuel Morales-Izarraraz, in this case:

    a. Are aliens with no lawful right to enter or remain in the United States;

    b. Entered or attempted to enter the United States illegally on or about June 25, 2008;

    c. Were found in a vehicle driven by codefendant near San Ysidro, California and that defendant knew or acted in reckless disregard of the fact that they were aliens with no lawful right to enter or remain in the United States;

    d. Were paying between $4,000-$4,500 to others to be brought into the United States illegally and/or transported illegally to their destination therein; and,

    e. May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

4. After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

    a. The stipulated facts set forth in paragraph 3 above shall be admitted as substantive evidence;

    b. The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of (an) unavailable witness(es); and,

    c. Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant waives the right to confront and cross-examine the material witness(es) in this case.

//

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Miguel Angel Flores-Ley (2)     2     08CR2427-BTM

5. By signing this stipulation and joint motion, defendant certifies that defendant has read it (or that it has been read to defendant in defendant's native language). Defendant certifies further that defendant has discussed the terms of this stipulation and joint motion with defense counsel and fully understands its meaning and effect.

Based on the foregoing, the parties jointly move the stipulation into evidence and for the immediate release and remand of the above-named material witness(es) to the Department of Homeland Security for return to their country of origin.

It is STIPULATED AND AGREED this date.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

Dated: 8/29/08

REBECCA S. KANTER
Assistant United States Attorney

Dated: 8/28/08

VICTOR TORRES
Defense Counsel for Miguel Angel Flores-Ley

Dated: 8/28/08

MIGUEL ANGEL FLORES-LEY
Defendant

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Miguel Angel Flores-Ley (2)        3        08CR2427-BTM

1 | **ORDER**
2 | Upon joint application and motion of the parties, and for good cause shown,
3 | **THE STIPULATION** is admitted into evidence, and,
4 | **IT IS ORDERED** that the above-named material witness(es) be released and remanded
5 | forthwith to the Department of Homeland Security for return to their country of origin.
6 | **SO ORDERED.**

Dated: 8/29/08

*[signature]*
United States Magistrate Judge 7/08
District

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Miguel Angel Flores-Ley (2)    4    08CR2427-BTM